# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MARCUS MCCATHERN, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:22-cv-00470 |
| | ) Judge Trauger |
| METRO POLICE DEPARTMENT, | ) |
| Defendant. | ) |

## ORDER

Tennessee resident Marcus McCathern filed an unsigned pro se complaint against Metro Police Department. (Doc. No. 1.) The court ordered the plaintiff to submit a personally-signed copy of the complaint within thirty days in order to proceed. (Doc. No. 4) (citing Fed. R. Civ. P. 11(a)); *People of Ta'Al Amooruc Republic v. All Foreign Agents & Agencies of U.S. Corp. Co.*, No. 3:18-cv-01208, 2018 WL 5983002, at *3 (M.D. Tenn. Nov. 14, 2018)). The court warned that failure to respond or request an extension by the deadline would result in dismissal of this action. The plaintiff, however, has not responded to the court's order, and the complaint therefore remains unsigned. Accordingly, this action is subject to dismissal for failure to comply with Rule 11(a) and want of prosecution. Fed. R. Civ. P. 41(b); *Moore v. Werich*, No. 3:20-cv-00099, 2020 WL 6134994, at *1 (M.D. Tenn. Oct. 19, 2020); *Link v. Wabash R.R.*, 370 U.S. 626, 630-31 (1962). Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED**.

_____
Aleta A. Trauger
United States District Judge